IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PARAGON MOLDING, LTD., :
*et al.*
 :
    Plaintiffs,
 : Case No. 3:05cv422
    vs.
 : JUDGE WALTER HERBERT RICE
SAFECO INSURANCE COMPANY,
*et al.* :

    Defendants. :

---

DECISION AND ENTRY SUSTAINING DEFENDANT AMERICAN ECONOMY INSURANCE COMPANY'S MOTION TO STAY DISTRIBUTION OF FUNDS (DOC. #194); ORDER TO CLERK OF COURTS TO STAY DISTRIBUTION OF FUNDS DEPOSITED THEREWITH, ON JANUARY 26, 2011, PURSUANT TO DOCUMENT #186

---

On January 22, 2005, Plaintiff Paragon Molding, Ltd. had a fire at its facility, wherein it suffered damage to the real estate and the inventory for its molding and game calls business. Doc. #1. As a result, Paragon filed suit against American Economy Insurance Company ("AEIC") (misdenominated as Safeco Insurance Company), claiming that AEIC wrongfully withheld proceeds from a fire insurance policy from Paragon. Id.; Doc. #44.

On January 12, 2011, this Court filed a Decision wherein it determined that AEIC had previously stipulated to a liability of $50,000, on the sole remaining coverage claim in this litigation. Doc. #186. In accordance with the same, the

Court ordered AEIC to deposit $50,000 with the Clerk of Courts, as provided therein. AEIC duly filed the sum, on January 26, 2011. See Notation dtd. Jan. 26, 2011.

In the present Motion, AEIC informs the Court that it intends to file a Motion for Reconsideration, as to the Court's Decision rendered on January 12, 2011. Doc. #194. (AEIC subsequently filed said Motion for Reconsideration, on January 13, 2011. Doc. #196.) It also asks the Court to stay the distribution of the $50,000 sum, pending the Court's decision on the impending Motion for Reconsideration.

Finding the Defendant's request to be well taken, the Court SUSTAINS the Motion to Stay (Doc. #194) and orders the Clerk of Courts to stay distribution of the $50,000 sum deposited on January 26, 2011, until further direction by this Court.

February 4, 2011

*[signature]*

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Counsel of record

2