IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


PARAGON MOLDING, LTD.,

    Plaintiff,     :

            :

   vs.          Case No. 3:05cv422

            :

SAFECO INSURANCE CO., et al.,   JUDGE WALTER HERBERT RICE

            :

    Defendants.


================================================================

**ORDER**

================================================================


    Pursuant to the Stay Order of August 23, 2011 (Doc. #242), it is hereby

ordered that the above captioned cause be administratively processed.


September 2, 2011     _____

           WALTER HERBERT RICE
          UNITED STATES DISTRICT JUDGE


Copies to:

Counsel of record


Captioned cause stayed at the request of counsel, to allow mediation; joint status
report due on or shortly before November 1, 2011.