IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PARAGON MOLDING, LTD.,

    Plaintiff,

vs.

SAFECO INSURANCE CO., et al.,

    Defendants.

:
:
:
:
:
:

Case No. 3:05cv422

JUDGE WALTER HERBERT RICE

---

ENTRY STAYING PROCEEDINGS UNTIL DATE CERTAIN TO ALLOW
PARTIES TO ATTEMPT VOLUNTARY SETTLEMENT

---

Pursuant to the Joint Status Report submitted to this Court under date of November 1, 2011 (Doc. #244), the stay of proceedings previously entered in the captioned cause is ordered continued up to and through February 1, 2012. The parties would request of counsel that a further Joint Status Report be filed with this Court not later than the aforesaid February 1, 2012. Based upon the content of said Report, the Court reserves the right to set a telephone conference call, by and between counsel, in order to determine further procedures to be had in the captioned cause.

December 21, 2011

                              WALTER HERBERT RICE
                              UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record