IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PARAGON MOLDING, LTD.,

          Plaintiff,        :

                       :

          vs.            :       Case No. 3:05cv422

                       :

SAFECO INSURANCE CO., et al.,     JUDGE WALTER HERBERT RICE

                       :

          Defendants.

---

## ENTRY STAYING PROCEEDINGS UNTIL DATE CERTAIN TO ALLOW PARTIES TO ATTEMPT VOLUNTARY SETTLEMENT

---

Pursuant to the Joint Status Report submitted to this Court under date of November 1, 2011 (Doc. #244), the stay of proceedings previously entered in the captioned cause is ordered continued up to and through February 1, 2012. The parties would request of counsel that a further Joint Status Report be filed with this Court not later than the aforesaid February 1, 2012. Based upon the content of said Report, the Court reserves the right to set a telephone conference call, by and between counsel, in order to determine further procedures to be had in the captioned cause.

December 21, 2011        _____

                             WALTER HERBERT RICE
                          UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record