IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PARAGON MOLDING, LTD.,

        Plaintiff,

        vs.

SAFECO INSURANCE COMPANY,

        Defendant.

:
:
:
:
:
:

Case No. 3:05cv422

JUDGE WALTER H. RICE

---

ENTRY SUSTAINING DEFENDANT'S MOTION TO CLARIFY TRIAL
DATE (DOC. #260); NEW TRIAL DATE AND OTHER DATES SET;
DEFENDANT'S MOTION FOR EXTENSION OF TIME TO
DISCLOSE ITS EXPERT REPORT DEEMED MOOT

---

On March 14, 2013, the Court convened a telephone conference call with
counsel, during which the following matters were discussed and agreed upon:

1.     Trial upon the merits of the captioned cause, on the sole remaining issue
between the parties, will take place before a duly impaneled jury, beginning at 9:00 a.m.
on Monday, September 16, 2013.

2.     A final pretrial conference will be convened by the Court, beginning at
5:00 p.m. on Tuesday, September 3, 2013.

3.     A jointly prepared final pretrial order must be filed with the Court not later
than the close of business on Tuesday, August 27, 2013.

4.     All pretrial motions, such as motions in limine, etc., must be filed not later
than the close of business on Tuesday, August 20, 2013, with all exhibits exchanged by

and between the parties not later than Friday, August 23, 2013.

5.    The Court having clarified the trial date, and extended the date for same,

concludes that the Defendant's Motion to Extend the date to disclose its expert report to

April 5, 2013, to be moot.


April 10, 2013                                        _____
                                                              WALTER H. RICE
                                                     UNITED STATES DISTRICT JUDGE


Copies to:

Counsel of record

-2-